# EXHIBIT B

**Infringement Claim Chart for U.S. Pat. No.9,702,713 v. Booking.com (" Def en d an t" )**

| Claim | Evidence |
|---|---|
| 2. A method, comprising: | Defendant (Booking.com) is a travel fare aggregator website and travel meta search engine for lodging reservations which also provides a map which illustrates direction to the destination.<br><br> <br><br>source: https://www.booking.com/hotel/us/hyatt-place-dc-downtown-k-street.en-gb.html?aid=304142;label=gen173nr-1FCAEoggI46AdIM1gEaGyIAQGYATG4ARfIAQzYAQHoAQH4AQKIAgGoAgO4AoLr4e8FwAIB;sid=9ff2b5df2f4fcd6aca189c7d5ecfc8e5;atlas_src=sr_iw_title&dest_id=20021296&dest_type=city&keep_landing=1&room1=A%2CA&sb_price_type=total&type=total&ucfs=1&#map_closed |

| | |
|---|---|
| a) transmitting a map-based guide request, the map-based guide request including at least an identifier and a search term; | As shown below, defendant transmitts a map-based guide request for finding hotels which also includes an identifier(i.e. identifying nearest hotels on map) and a search term(i.e. for searching hotels by putting address and dates).<br><br> <br><br>Source: https://www.booking.com/hotel/us/hyatt-place-dc-downtown-k-street.en-gb.html?aid=304142;label=gen173nr-1FCAEoggI46AdIM1gEaGyIAQGYATG4ARfIAQzYAQHoAQH4AQKIAgGoAgO4AoLr4e8FwAIB;sid=9ff2b5df2f4fcd6aca189c7d5ecfc8e5;atlas_src=sr_iw_title&dest_id=20021296&dest_type=city&keep_landing=1&room1=A%2CA&sb_price_type=total&type=total&ucfs=1&#map_closed |

| | |
|---|---|
| b) determining at least one location associated with the map-based guide request; | As shown below, map determines location of nearest hotels associated with the map based guide request.<br><br> <br><br>Source: https://www.booking.com/hotel/us/hyatt-place-dc-downtown-k-street.en-gb.html?aid=304142;label=gen173nr-1FCAEoggI46AdIM1gEaGyIAQGYATG4ARfIAQzYAQHoAQH4AQKIAgGoAgO4AoLr4e8FwAIB;sid=9ff2b5df2f4fcd6aca189c7d5ecfc8e5;atlas_src=sr_iw_title&dest_id=20021296&dest_type=city&keep_landing=1&room1=A%2CA&sb_price_type=total&type=total&ucfs=1&#map_closed |

3

| | |
|---|---|
| c) identifying if a source of the map-based guide request is entitled to a supported map-based guide; | Here source of the map based guide request is entitled to support map based guide which means map displaying hotels nearby the location of user which has been given in search term.<br><br> <br><br>Source: https://www.booking.com/hotel/us/hyatt-place-dc-downtown-k-street.en-gb.html?aid=304142;label=gen173nr-1FCAEoggI46AdIM1gEaGyIAQGYATG4ARfIAQzYAQHoAQH4AQKIAgGoAgO4AoLr4e8FwAIB;sid=9ff2b5df2f4fcd6aca189c7d5ecfc8e5;atlas_src=sr_iw_title&dest_id=20021296&dest_type=city&keep_landing=1&room1=A%2CA&sb_price_type=total&type=total&ucfs=1&#map_closed |

4

| | |
|---|---|
| d) receiving a response to the map-based guide request, the response including location data associated with one or more locations; and | User can receive a response to the map based guide request which includes the location data of one or more hotels.<br><br> <br><br>Source: https://www.booking.com/hotel/us/hyatt-place-dc-downtown-k-street.en-gb.html?aid=304142;label=gen173nr-1FCAEoggI46AdIM1gEaGyIAQGYATG4ARfIAQzYAQHoAQH4AQKIAgGoAgO4AoLr4e8FwAIB;sid=9ff2b5df2f4fcd6aca189c7d5ecfc8e5;atlas_src=sr_iw_title&dest_id=20021296&dest_type=city&keep_landing=1&room1=A%2CA&sb_price_type=total&type=total&ucfs=1&#map_closed |

| | |
|---|---|
| e) displaying one or more indications of the one or more locations at least partially based on the response, | Map displays indications of one or more locations which are based on the nearest hotels.<br><br><br><br>Source: https://www.booking.com/hotel/us/hyatt-place-dc-downtown-k-street.en-gb.html?aid=304142;label=gen173nr-1FCAEoggI46AdIM1gEaGyIAQGYATG4ARfIAQzYAQHoAQH4AQKIAgGoAgO4AoLr4e8FwAIB;sid=9ff2b5df2f4fcd6aca189c7d5ecfc8e5;atlas_src=sr_iw_title&dest_id=20021296&dest_type=city&keep_landing=1&room1=A%2CA&sb_price_type=total&type=total&ucfs=1&#map_closed |

| | |
|---|---|
| f) wherein at least one of the transmitting, receiving, or displaying is at least partially implemented using one or more processing devices. | Processing devices such as smartphones or desktop can be used for transmitting, receiving or displaying response i.e. locations of hotels on map.<br><br><br><br>Source: https://www.booking.com/hotel/us/hyatt-place-dc-downtown-k-street.en-gb.html?aid=304142;label=gen173nr-1FCAEoggI46AdIM1gEaGyIAQGYATG4ARfIAQzYAQHoAQH4AQKIAgGoAgO4AoLr4e8FwAIB;sid=9ff2b5df2f4fcd6aca189c7d5ecfc8e5;atlas_src=sr_iw_title&dest_id=20021296&dest_type=city&keep_landing=1&room1=A%2CA&sb_price_type=total&type=total&ucfs=1&#map_closed |